AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America<br>v.<br>Josiah Kenyon<br><br>*Defendant* | ) Case: 1:21-mj-00666<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 11/23/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |
|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Josiah Kenyon _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)
18 U.S.C. § 1361
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 1752(a)(1) and (2)
40 U.S.C. § 5104(e)(2)(D) and (F)

Date: 11/23/2021

Zia M. Faruqui
2021.11.23 20:01:27 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/1/2021, and the person was arrested on *(date)* 12/01/21
at *(city and state)* Reno, NV.

Date: 12/1/2021

*Arresting officer's signature*

ERIK G. ANDERSON, SPECIAL AGENT
*Printed name and title*